# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 19, 2013

## NO. 03-12-00764-CV

**John Rady, Appellant**

**v.**

**BAC Home Loans Servicing, LP; and Mortgage Electronic Registrations System, Inc.,
Appellees**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

**IT APPEARING** to this Court that the appellant has failed to pay for or make arrangements to pay for the clerk's and reporter's records or respond to this Court's notice, and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.